# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

14 JUL 21 AM 9:19

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROSALINA CHAVEZ-LEMUS (2),<br><br>            Defendant. | CASE NO. 14CR1488-CAB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

Title 18, USC Secs. 922(g)(1) and 924(a)(2); 18 USC Secs. 924(d)(1),

28 USC Sec. 2461(c) - Felon in Possession of Firearm and Ammunition;

Criminal Forfeiture.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 18, 2014

Cathy Ann Bencivengo
U.S. District Judge