# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ROSALINA CHAVEZ-LEMUS (2),<br><br>                  Defendant. | CASE NO. 14CR1488-CAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

Title 18, USC Secs. 922(g)(1) and 924(a)(2); 18 USC Secs. 924(d)(1),

28 USC Sec. 2461(c) - Felon in Possession of Firearm and Ammunition;

Criminal Forfeiture.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 18, 2014

                                                Cathy Ann Bencivengo<br>
                                                U.S. District Judge